**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JOSE LUIS VILLA-SORI,

Petitioner,

v. No. 26-cv-0902-MIS-JFR

WARDEN, Otero County Processing Center, MARY DE ANDA-YBARRA, Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; TODD LYONS, Acting Director Immigration and Customs Enforcement; MARKWAYNE MULLIN, U.S. Department Of Homeland Security; and TODD BLANCHE, Acting U.S. Attorney General,

Respondents,

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Jose Luis Villa-Sori and against Respondents Warden, Otero County Processing Center, Mary De Anda-Ybarra, Todd Lyons, Markwayne Mullin, and Todd Blanche.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE